CONNECTICUT BANK AND TRUST COMPANY, TRUSTEE
*v.* STANLEY BRESLOW
(10145)

DALY, LAVERY and LANDAU, Js.

Argued December 11—decision released December 31, 1991

*Lee N. Johnson,* for the appellant (plaintiff).

*Frank R. Borowy,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

RICHARD J. FRICKE *v.* CAROL B. FRICKE
(9981)

DUPONT, C. J., O'CONNELL and HEIMAN, Js.

Argued December 10—decision released December 31, 1991

*Richard J. Fricke,* pro se, the appellant (plaintiff).

*Edward M. Kweskin,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.